1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs, DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DEARMAND E., a minor, by and through    ) Case No.: C08-01709 EMC
   DEARMAND ELLIS, JR., his father/legal   )
12 guardian; MICHAEL H., a minor, by and   )
13 through ONITA TUGGLES, his mother/legal )
   guardian; and NICHOLAS P., a minor, by and )
14 through BETTINA LAWRENCE, his           ) **PLAINTIFFS' DISCLOSURE OF NON-**
   mother/legal guardian,                  ) **PARTY INTERESTED ENTITIES OR**
15                                         ) **PERSONS**
16         Plaintiffs,                     )
                                           )
17         vs.                             )
                                           )
18 CITY OF ANTIOCH, ANTIOCH POLICE         )
   DEPARTMENT, JAMES HYDE, Chief of        )
19 Police, Antioch Police Department, in his )
   individual and official capacities; OFFICER )
20 JAMES VINCENT (#3747), OFFICER          )
21 LEROY BLOXSOM (#2083), OFFICER          )
   PFEIFFER (#3707), OFFICER M. ZEPEDA     )
22 (#4137), SERGEANT KEVIN ROGERS          )
23 (#2464), OFFICER R. SOLARI (#2372), in  )
   their individual and official capacities; )
24 ANTIOCH UNIFIED SCHOOL DISTRICT;        )
   DEBORAH SIMS, JO ELLA ALLEN,            )
25 ROBERT BRAVO, ANDY CANNON, RON          )
26 LEONE, and BUKKY OYEBADE,               )
   individually and in their official capacities, )
27                                         )
                                           )
28         Defendants.                     )

**PLAINTIFFS' DISCLOSURE OF NON-PARTY**          *DeArmand E. vs. City of Antioch et al.*
**INTERESTED ENTITIES OR PERSONS**               **Case No. C08-01709 EMC**
                                    -1-

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other
2 | than the named parties, there is no such interest to report.
3
4 | DATED: April 16, 2008                                Respectfully Submitted,
5
6 |                                                     By:   /s/ Jivaka Candappa
                                                             JIVAKA CANDAPPA, for Plaintiffs,
7 |                                                          DEARMAND E., MICHAEL H.
                                                             and NICHOLAS P.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28