1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEARMAND E., a minor, by and through           ) | Case No.: C 08-01709 EMC
   | DEARMAND ELLIS, JR., his father/legal          )
12 | guardian; MICHAEL H., a minor, by and          )
13 | through ONITA TUGGLES, his mother/legal        )
   | guardian; and NICHOLAS P., a minor, by and     )
14 | through BETTINA LAWRENCE, his                  ) | **EX PARTE PETITION AND ORDER**
   | mother/legal guardian,                         ) | **FOR APPOINTMENT OF GUARDIAN**
15 |                                                ) | **AD LITEM FOR PLAINTIFF**
16 |              Plaintiffs,                       ) | **DEARMAND E.**
   |                                                ) | **(FRCP 17(b), Cal. Civ. Proc. Code § 372)**
17 |              vs.                               ) |
   |                                                ) | **Date:** May 7, 2008
18 | CITY OF ANTIOCH, ANTIOCH POLICE                ) | **Time:** 10:30 a.m.
   | DEPARTMENT, JAMES HYDE, Chief of               ) | **Ctrm:** C, 15th Floor
19 | Police, Antioch Police Department, in his      ) | **Judge:** Hon. Edward M. Chen
   | individual and official capacities; OFFICER    )
20 | JAMES VINCENT (#3747), OFFICER                 )
21 | LEROY BLOXSOM (#2083), OFFICER                 )
   | PFEIFFER (#3707), OFFICER M. ZEPEDA            )
22 | (#4137), SERGEANT KEVIN ROGERS                 )
23 | (#2464), OFFICER R. SOLARI (#2372), in         )
   | their individual and official capacities;      )
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;               )
   | DEBORAH SIMS, ROBERT BRAVO, RON                )
25 | LEONE, in their individual and official        )
26 | capacities; JO ELLA ALLEN, ANDY                )
   | CANNON, and BUKKY OYEBADE, in their            )
27 | individual capacity,                           )
                                                    )
28 |              Defendants.                       )

---

**PETITION AND ORDER FOR**                      *DeArmand E. vs. City of Antioch et al.*
**APPOINTMENT OF GUARDIAN**                              **Case #: C 08-01709 EMC**
**AD LITEM FOR DEARMAND E.**         -1-

Petitioner, DEARMAND E., states as follows:

1. Petitioner is a minor of the age of 17 years.

2. Petitioner is about to commence a civil rights action pursuant to 42 U.S.C. section 1983 in this Court against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities. Petitioner was racially profiled, physically attacked and unlawfully arrested by officers of the Antioch Police Department on or about March 7, 2007. Petitioner was subsequently suspended and expelled from high school in connection with the incident even though the incident happened after school and at a private business establishment.

3. Petitioner has had no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Petitioner's father, DeArmand Ellis, Jr., whose address is 5004 Hollow Ridge Court, Antioch, California 94531, is a competent and responsible person, and fully competent to act as Petitioner's guardian ad litem.

5. Said nominee, DeArmand Ellis, Jr., is willing to act as guardian ad litem for Petitioner, as appears by his consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing DeArmand Ellis, Jr. as guardian ad litem for the purpose of bringing this action against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities on the claim identified above.

DATED: March 28, 2008

By:_____
JIVAKA CANDAPPA, Attorney
for Petitioner DEARMAND E.

/ . / . /
/ . / . /
/ . / . /

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR DEARMAND E.**       *DeArmand E. vs. City of Antioch et al.*
Case #: C 08-01709 EMC

-2-

**CONSENT OF NOMINEE**

I, DeArmand Ellis, Jr., the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: March _____ 2008

By:_____
DEARMAND ELLIS, JR.

**ORDER**

The petition for an order appointing DeArmand Ellis, Jr. as guardian ad litem for petitioner is granted.

IT IS SO ORDERED.

DATED: _____    By:_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEARMAND E., a minor, by and through        )  Case No.: C 08-01709 EMC
12 | DEARMAND ELLIS, JR., his father/legal        )
     guardian; MICHAEL H., a minor, by and        )
13 | through ONITA TUGGLES, his                    )
     mother/legal guardian; and NICHOLAS P.,      )
14 | a minor, by and through BETTINA               )
15 | LAWRENCE, his mother/legal guardian,         )  **ORDER APPOINTING GUARDIAN AD**
                Plaintiffs,                       )  **LITEM FOR PLAINTIFF DEARMAND E.**
16                                                )
17              vs.                               )
                                                  )
18 | CITY OF ANTIOCH, ANTIOCH POLICE             )  **Date:**  May 7, 2008
     DEPARTMENT, JAMES HYDE, Chief of             )  **Time:**  10:30 a.m.
19 | Police, Antioch Police Department, in his   )  **Ctrm:**  C, 15th Floor
     individual and official capacities; OFFICER )  **Judge:** Hon. Edward M. Chen
20 | JAMES VINCENT (#3747), OFFICER               )
21 | LEROY BLOXSOM (#2083), OFFICER               )
     PFEIFFER (#3707), OFFICER M. ZEPEDA         )
22 | (#4137), SERGEANT KEVIN ROGERS              )
23 | (#2464), OFFICER R. SOLARI (#2372), in      )
     their individual and official capacities;    )
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;            )
     DEBORAH SIMS, ROBERT BRAVO,                  )
25 | RON LEONE, in their individual and           )
     official capacities; JO ELLA ALLEN,          )
26 | ANDY CANNON, and BUKKY                       )
27 | OYEBADE, in their individual capacity,       )
                                                  )
28              Defendants.                       )

1

**ORDER**

2   The petition for an order appointing DeArmand Ellis, Jr. as guardian ad litem for

3   Petitioner DeArmand E. is granted.

4   IT IS SO ORDERED.

5

6

7   DATED: _____    By: _____
                                            HON. EDWARD M. CHEN
8                                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28