1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>          Plaintiffs,<br><br>          vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, ROBERT BRAVO, RON LEONE, in their individual and official capacities; JO ELLA ALLEN, ANDY CANNON, and BUKKY OYEBADE, in their individual capacity,<br><br>          Defendants. | Case No.: C 08-01709 EMC<br><br>**EX PARTE PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF MICHAEL H.**<br>**(FRCP 17(b), Cal. Civ. Proc. Code § 372)**<br><br>**Date:** May 7, 2008<br>**Time:** 10:30 a.m.<br>**Ctrm:** C, 15th Floor<br>**Judge:** Hon. Edward M. Chen |

---

**PETITION AND ORDER FOR**                 *DeArmand E. vs. City of Antioch et al.*
**APPOINTMENT OF GUARDIAN**                       **Case #: C 08-01709 EMC**
**AD LITEM FOR MICHAEL H.**     -1-

Petitioner, MICHAEL H., states as follows:

1. Petitioner is a minor of the age of 17 years.

2. Petitioner is about to commence a civil rights action pursuant to 42 U.S.C. section 1983 in this Court against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities. Petitioner was racially profiled, physically attacked and unlawfully arrested by officers of the Antioch Police Department on or about March 7, 2007. Petitioner was subsequently suspended and expelled from high school in connection with the incident even though the incident happened after school and at a private business establishment.

3. Petitioner has had no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Petitioner's mother, Onita Tuggles, whose address is 600 Wilbur Avenue, #1006, Antioch, California 94509, is a competent and responsible person, and fully competent to act as Petitioner's guardian ad litem.

5. Said nominee, Onita Tuggles, is willing to act as guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing Onita Tuggles as guardian ad litem for the purpose of bringing this action against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities on the claim identified above.

DATED: March 28, 2008

By:_____
   JIVAKA CANDAPPA, Attorney
   for Petitioner MICHAEL H.

/ . / . /
/ . / . /
/ . / . /

## CONSENT OF NOMINEE

I, Onita Tuggles, the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: March _____ 2008

By:_____
ONITA TUGGLES

## ORDER

The petition for an order appointing Onita Tuggles as guardian ad litem for petitioner is granted.

IT IS SO ORDERED.

DATED: _____   By:_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DEARMAND E., a minor, by and through      ) Case No.: C 08-01709 EMC
12 DEARMAND ELLIS, JR., his father/legal     )
   guardian; MICHAEL H., a minor, by and     )
13 through ONITA TUGGLES, his                )
   mother/legal guardian; and NICHOLAS P.,   )
14 a minor, by and through BETTINA           )
15 LAWRENCE, his mother/legal guardian,      ) **ORDER APPOINTING GUARDIAN AD**
              Plaintiffs,                    ) **LITEM FOR PLAINTIFF MICHAEL H.**
16                                           )
              vs.                            )
17                                           )
18 CITY OF ANTIOCH, ANTIOCH POLICE           ) **Date:** May 7, 2008
   DEPARTMENT, JAMES HYDE, Chief of          ) **Time:** 10:30 a.m.
19 Police, Antioch Police Department, in his ) **Ctrm:** C, 15th Floor
   individual and official capacities; OFFICER ) **Judge:** Hon. Edward M. Chen
20 JAMES VINCENT (#3747), OFFICER            )
21 LEROY BLOXSOM (#2083), OFFICER            )
   PFEIFFER (#3707), OFFICER M. ZEPEDA       )
22 (#4137), SERGEANT KEVIN ROGERS            )
   (#2464), OFFICER R. SOLARI (#2372), in    )
23 their individual and official capacities; )
24 ANTIOCH UNIFIED SCHOOL DISTRICT;          )
   DEBORAH SIMS, ROBERT BRAVO,               )
25 RON LEONE, in their individual and        )
   official capacities; JO ELLA ALLEN,       )
26 ANDY CANNON, and BUKKY                    )
27 OYEBADE, in their individual capacity,    )
                                             )
28            Defendants.                    )

**ORDER**

The petition for an order appointing Onita Tuggles as guardian ad litem for Petitioner Michael H. is granted

IT IS SO ORDERED.

DATED: _____    By: _____
                                      HON. EDWARD M. CHEN
                                      UNITED STATES MAGISTRATE JUDGE