JIVAKA CANDAPPA, (SBN 225919)
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
and NICHOLAS P.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEARMAND E., a minor, by and through
DEARMAND ELLIS, JR., his father/legal
guardian; MICHAEL H., a minor, by and
through ONITA TUGGLES, his mother/legal
guardian; and NICHOLAS P., a minor, by and
through BETTINA LAWRENCE, his
mother/legal guardian,

        Plaintiffs,

        vs.

CITY OF ANTIOCH, ANTIOCH POLICE
DEPARTMENT, JAMES HYDE, Chief of
Police, Antioch Police Department, in his
individual and official capacities; OFFICER
JAMES VINCENT (#3747), OFFICER
LEROY BLOXSOM (#2083), OFFICER
PFEIFFER (#3707), OFFICER M. ZEPEDA
(#4137), SERGEANT KEVIN ROGERS
(#2464), OFFICER R. SOLARI (#2372), in
their individual and official capacities;
ANTIOCH UNIFIED SCHOOL DISTRICT;
DEBORAH SIMS, ROBERT BRAVO, RON
LEONE, in their individual and official
capacities; JO ELLA ALLEN, ANDY
CANNON, and BUKKY OYEBADE, in their
individual capacity,

        Defendants.

Case No.: C 08-01709 EMC

**EX PARTE PETITION AND ORDER
FOR APPOINTMENT OF GUARDIAN
AD LITEM FOR PLAINTIFF
NICHOLAS P.**
**(FRCP 17(b), Cal. Civ. Proc. Code § 372)**

**Date:** May 7, 2008
**Time:** 10:30 a.m.
**Ctrm:** C, 15th Floor
**Judge:** Hon. Edward M. Chen

**PETITION AND ORDER FOR
APPOINTMENT OF GUARDIAN
AD LITEM FOR NICHOLAS P.**    -1-

*DeArmand E. vs. City of Antioch et al.*
**Case #: C 08-01709 EMC**

Petitioner, NICHOLAS P., states as follows:

1.  Petitioner is a minor of the age of 17 years.

2.  Petitioner is about to commence a civil rights action pursuant to 42 U.S.C. section 1983 in this Court against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities. Petitioner was racially profiled, physically attacked and unlawfully arrested by officers of the Antioch Police Department on or about March 7, 2007.  Petitioner was subsequently suspended and expelled from high school in connection with the incident even though the incident happened after school and at a private business establishment.

3.  Petitioner has had no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.  Petitioner's mother, Bettina Lawrence, whose address is 1807 Vender Court, Antioch, California 94531, is a competent and responsible person, and fully competent to act as Petitioner's guardian ad litem.

5.  Said nominee, Bettina Lawrence, is willing to act as guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing Bettina Lawrence as guardian ad litem for the purpose of bringing this action against the City of Antioch, Antioch Police Department, Antioch Unified School District and certain named individuals employed by said public entities on the claim identified above.

DATED:  March 28, 2008

By:_____

JIVAKA CANDAPPA, Attorney
for Petitioner N ICHOLAS P.

/ . / . /
/ . / . /
/ . / . /

1

**CONSENT OF NOMINEE**

2

I, Bettina Lawrence, the nominee of the petitioner, consent to act as guardian ad litem

3

for the minor petitioner in the above action.

4

5

DATED:  March __28th__ 2008

6

By: _____

7

BETTINA LAWRENCE

8

9

10

11

**ORDER**

12

The petition for an order appointing Bettina Lawrence as guardian ad litem for petitioner

13

is granted.

14

IT IS SO ORDERED.

15

16

17

DATED: _____    By:_____

18

HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

---

**PETITION AND ORDER FOR**                              *DeArmand E. vs. City of Antioch et al.*
**APPOINTMENT OF GUARDIAN**
**AD LITEM FOR NICHOLAS P.**             -3-

1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DEARMAND E., a minor, by and through    ) Case No.: C 08-01709 EMC
12 DEARMAND ELLIS, JR., his father/legal   )
   guardian; MICHAEL H., a minor, by and   )
13 through ONITA TUGGLES, his              )
   mother/legal guardian; and NICHOLAS P., )
14 a minor, by and through BETTINA         )
15 LAWRENCE, his mother/legal guardian,    ) **ORDER APPOINTING GUARDIAN AD**
              Plaintiffs,                  ) **LITEM FOR PLAINTIFF NICHOLAS P.**
16                                          )
             vs.                            )
17                                          )
18 CITY OF ANTIOCH, ANTIOCH POLICE         )
   DEPARTMENT, JAMES HYDE, Chief of        ) **Date:**  May 7, 2008
19 Police, Antioch Police Department, in his ) **Time:**  10:30 a.m.
   individual and official capacities; OFFICER ) **Ctrm:**  C, 15th Floor
20 JAMES VINCENT (#3747), OFFICER          ) **Judge:** Hon. Edward M. Chen
21 LEROY BLOXSOM (#2083), OFFICER          )
   PFEIFFER (#3707), OFFICER M. ZEPEDA     )
22 (#4137), SERGEANT KEVIN ROGERS          )
   (#2464), OFFICER R. SOLARI (#2372), in  )
23 their individual and official capacities; )
24 ANTIOCH UNIFIED SCHOOL DISTRICT; )
   DEBORAH SIMS, ROBERT BRAVO,             )
25 RON LEONE, in their individual and      )
   official capacities; JO ELLA ALLEN,     )
26 ANDY CANNON, and BUKKY                  )
   OYEBADE, in their individual capacity,  )
27                                          )
28              Defendants.                 )
   _____ )

1

**ORDER**

2

     The petition for an order appointing Bettina Lawrence as guardian ad litem for Petitioner

3

Nicholas P. is granted.

4

     IT IS SO ORDERED.

5

6

7

DATED: _____    By: _____

8

                                 HON. EDWARD M. CHEN
                                 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPOINTING GUARDIAN AD LITEM FOR NICHOLAS P**.     *DeArmand E. vs. City of Antioch et al.*
     - 2 -     **Case #: C 08-01709 EMC**