1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEARMAND E., a minor, by and through       ) Case No.: C 08-01709 EMC
12 | DEARMAND ELLIS, JR., his father/legal      )
   | guardian; MICHAEL H., a minor, by and      )
13 | through ONITA TUGGLES, his                 )
   | mother/legal guardian; and NICHOLAS P.,    )
14 | a minor, by and through BETTINA            )
15 | LAWRENCE, his mother/legal guardian,       ) **ORDER APPOINTING GUARDIAN AD**
   |                Plaintiffs,                 ) **LITEM FOR PLAINTIFF DEARMAND E.**
16 |                                            )
17 |         vs.                                )
   |                                            )
18 | CITY OF ANTIOCH, ANTIOCH POLICE            ) **Date:** May 7, 2008
   | DEPARTMENT, JAMES HYDE, Chief of           ) **Time:** 10:30 a.m.
19 | Police, Antioch Police Department, in his  ) **Ctrm:** C, 15th Floor
   | individual and official capacities; OFFICER) **Judge:** Hon. Edward M. Chen
20 | JAMES VINCENT (#3747), OFFICER             )
21 | LEROY BLOXSOM (#2083), OFFICER             )
   | PFEIFFER (#3707), OFFICER M. ZEPEDA        )
22 | (#4137), SERGEANT KEVIN ROGERS             )
23 | (#2464), OFFICER R. SOLARI (#2372), in     )
   | their individual and official capacities;  )
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;           )
   | DEBORAH SIMS, ROBERT BRAVO,                )
25 | RON LEONE, in their individual and         )
   | official capacities; JO ELLA ALLEN,        )
26 | ANDY CANNON, and BUKKY                     )
27 | OYEBADE, in their individual capacity,     )
   |                                            )
28 |                Defendants.                 )

**ORDER**

The petition for an order appointing DeArmand Ellis, Jr. as guardian ad litem for Petitioner DeArmand E. is granted.

IT IS SO ORDERED.

DATED: May 1, 2008

By: _____
Judge Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*

ORDER APPOINTING GUARDIAN AD LITEM FOR DEARMAND E.       - 2 -       *DeArmand E. vs. City of Antioch et al.*  Case #: C 08-01709 EMC