1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  DEARMAND E., a minor, by and through<br>12  DEARMAND ELLIS, JR., his father/legal<br>    guardian; MICHAEL H., a minor, by and<br>13  through ONITA TUGGLES, his<br>    mother/legal guardian; and NICHOLAS P.,<br>14  a minor, by and through BETTINA<br>    LAWRENCE, his mother/legal guardian,<br>15                 Plaintiffs,<br>16<br>17                vs.<br>18  CITY OF ANTIOCH, ANTIOCH POLICE<br>    DEPARTMENT, JAMES HYDE, Chief of<br>19  Police, Antioch Police Department, in his<br>    individual and official capacities; OFFICER<br>20  JAMES VINCENT (#3747), OFFICER<br>21  LEROY BLOXSOM (#2083), OFFICER<br>    PFEIFFER (#3707), OFFICER M. ZEPEDA<br>22  (#4137), SERGEANT KEVIN ROGERS<br>23  (#2464), OFFICER R. SOLARI (#2372), in<br>    their individual and official capacities;<br>24  ANTIOCH UNIFIED SCHOOL DISTRICT;<br>    DEBORAH SIMS, ROBERT BRAVO,<br>25  RON LEONE, in their individual and<br>    official capacities; JO ELLA ALLEN,<br>26  ANDY CANNON, and BUKKY<br>27  OYEBADE, in their individual capacity,<br>28                 Defendants. | Case No.: C 08-01709 EMC<br><br><br><br><br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR PLAINTIFF MICHAEL H.**<br><br><br><br>**Date:** May 7, 2008<br>**Time:** 10:30 a.m.<br>**Ctrm:** C, 15th Floor<br>**Judge:** Hon. Edward M. Chen |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The petition for an order appointing Onita Tuggles as guardian ad litem for Petitioner |
| 3 | Michael H. is granted |
| 4 | IT IS SO ORDERED. |

DATED: May 1, 2008

By: _____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*