1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEARMAND E., a minor, by and through         ) Case No.: C 08-01709 EMC
12 | DEARMAND ELLIS, JR., his father/legal        )
   | guardian; MICHAEL H., a minor, by and        )
13 | through ONITA TUGGLES, his                   )
   | mother/legal guardian; and NICHOLAS P.,      )
14 | a minor, by and through BETTINA              )
15 | LAWRENCE, his mother/legal guardian,         ) **ORDER APPOINTING GUARDIAN AD**
   |            Plaintiffs,                       ) **LITEM FOR PLAINTIFF NICHOLAS P.**
16 |                                              )
   |    vs.                                       )
17 |                                              )
18 | CITY OF ANTIOCH, ANTIOCH POLICE              ) **Date:** May 7, 2008
   | DEPARTMENT, JAMES HYDE, Chief of             ) **Time:** 10:30 a.m.
19 | Police, Antioch Police Department, in his    ) **Ctrm:** C, 15th Floor
   | individual and official capacities; OFFICER  ) **Judge:** Hon. Edward M. Chen
20 | JAMES VINCENT (#3747), OFFICER               )
21 | LEROY BLOXSOM (#2083), OFFICER               )
   | PFEIFFER (#3707), OFFICER M. ZEPEDA          )
22 | (#4137), SERGEANT KEVIN ROGERS               )
23 | (#2464), OFFICER R. SOLARI (#2372), in       )
   | their individual and official capacities;    )
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;             )
   | DEBORAH SIMS, ROBERT BRAVO,                  )
25 | RON LEONE, in their individual and           )
   | official capacities; JO ELLA ALLEN,          )
26 | ANDY CANNON, and BUKKY                       )
27 | OYEBADE, in their individual capacity,       )
   |                                              )
28 |            Defendants.                       )

**ORDER**

The petition for an order appointing Bettina Lawrence as guardian ad litem for Petitioner Nicholas P. is granted.

IT IS SO ORDERED.

DATED: May 1, 2008                    By: _____
                                          HON. EDWARD M. CHEN
                                          UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ORDER APPOINTING GUARDIAN AD LITEM FOR NICHOLAS P.**     - 2 -     *DeArmand E. vs. City of Antioch et al.*
**Case #: C 08-01709 EMC**