AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California



| | |
|---|---|
| DeArmand E., by and through DeArmand Ellis Jr. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| City of Antioch, Antioch Police Department et al. ) | **C08-01709** |
| Defendant ) | |

**Summons in a Civil Action**

To:   See attached.
            *(Defendant's name)*

A lawsuit has been filed against you.

    Within  **20**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jivaka Candappa, Attorney at Law
46 Shattuck Square, #15
Berkeley, CA 94704

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  MAR 2 8 2008

Richard W. Wieking
Name of clerk of court

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

*DeArmand E. v. City of Antioch et al.*

**Names and Addresses of Defendants**

1. City of Antioch, 212 H Street, Antioch, CA 94509
2. Antioch Police Department, 300 L Street, Antioch, CA 94509
3. Chief James Hyde, Antioch Police Department, 300 L Street, Antioch, CA 94509
4. Officer James Vincent, Antioch Police Department, 300 L Street, Antioch, CA 94509
5. Officer Leroy Bloxsom, Antioch Police Department, 300 L Street, Antioch, CA 94509
6. Officer Pfeiffer, 300 L Street, Antioch, CA 94509
7. Officer M. Zepeda, 300 L Street, Antioch, CA 94509
8. Sergeant Kevin Rogers, 300 L Street, Antioch, CA 94509
9. Officer R. Solari, 300 L Street, Antioch, CA 94509
10. Antioch Unified School District, 510 G Street, Antioch, CA 94509
11. Deborah Sims, Antioch Unified School District, 510 G Street, Antioch, CA 94509
12. Robert Bravo, Antioch Unified School District, 510 G Street, Antioch, CA 94509
13. Andy Cannon, Deer Valley High School, 4700 Lone Tree Way, Antioch, CA 94531
14. Ron Leone, Antioch Unified School District, 510 G Street, Antioch, CA 94509
15. Bukky Oyebade, Antioch High School, 700 W. 18th Street, Antioch, CA 94509
16. Jo Ella Allen, George Y. Komure School, 2121 Henry Long Blvd., Stockton, CA 95206

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on
Officer Vincent

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/30/2008_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Darlene Flournoy, Antioch Police Department _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date:     04/30/2008

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on Officer Bloxsom

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___, by:

  (1) personally delivering a copy of each to the individual at this place, _____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  ___Darlene Flournoy, Antioch Police Department___; or

  (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__.

Date: ___04/30/2008___

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on
## Officer Pfeiffer

I declare under penalty of perjury that I served the summons and complaint in this case on    04/30/2008   , by:

     (1) personally delivering a copy of each to the individual at this place, _____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
     who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     Darlene Flournoy, Antioch Police Department    ; or

     (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 25.00 for travel and $ 10.00 for services, for a total of $ 35.00 .

Date:    04/30/2008

Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service on Officer Zepeda

I declare under penalty of perjury that I served the summons and complaint in this case on _____04/30/2008_____, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Darlene Flournoy, Antioch Police Department_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__ .

Date: ____04/30/2008____

_____
Server's signature

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
_____
Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on<br>
Sergeant Kevin Rogers

I declare under penalty of perjury that I served the summons and complaint in this case on ___04/30/2008___, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       Darlene Flournoy, Antioch Police Department _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ __25.00__ for travel and $ __10.00__ for services, for a total of $ __35.00__ .

Date: ___04/30/2008___

                                                     _____
                                                      Server's signature

**Bernice Espinoza**
                                                        Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704
                                                       Server's address

AO 440 (Rev. 03/08) Civil Summons (Page 2)

Proof of Service on
Officer R. Solari

I declare under penalty of perjury that I served the summons and complaint in this case on     04/30/2008    ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       Darlene Flournoy, Antioch Police Department       ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 25.00     for travel and $ 10.00     for services, for a total of $ 35.00     .

Date:     04/30/2008

*Server's signature*

**Bernice Espinoza**
Printed name and title

46 Shattuck Square, #15
Berkeley, CA 94704

Server's address