1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs, DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DEARMAND E., a minor, by and through )   Case No.: C 08-01709 EMC
   | DEARMAND ELLIS, JR., his father/legal )
12 | guardian; MICHAEL H., a minor, by and )
13 | through ONITA TUGGLES, his mother/legal )
   | guardian; and NICHOLAS P., a minor, by and )
14 | through BETTINA LAWRENCE, his )
   | mother/legal guardian, )
15 |                                            )
16 |         Plaintiffs,                        )   **CERTIFICATE OF SERVICE**
   |                                            )
17 |         vs.                                )
   |                                            )
18 | CITY OF ANTIOCH, ANTIOCH POLICE           )
   | DEPARTMENT, JAMES HYDE, Chief of          )
19 | Police, Antioch Police Department, in his )
   | individual and official capacities; OFFICER )
20 | JAMES VINCENT (#3747), OFFICER            )
   | LEROY BLOXSOM (#2083), OFFICER            )
21 | PFEIFFER (#3707), OFFICER M. ZEPEDA        )
22 | (#4137), SERGEANT KEVIN ROGERS            )
   | (#2464), OFFICER R. SOLARI (#2372), in    )
23 | their individual and official capacities;  )
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;          )
   | DEBORAH SIMS, JO ELLA ALLEN,              )
25 | ROBERT BRAVO, ANDY CANNON, RON            )
26 | LEONE, and BUKKY OYEBADE,                 )
   | individually and in their official capacities, )
27 |                                            )
28 |         Defendants.                        )

---

**CERTIFICATE OF SERVICE**                     *DeArmand E. vs. City of Antioch et al.*
                                                         Case No. C08-01709 EMC

-1-

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 and not a party to this action. My business address is 46 Shattuck Square, #15, Berkeley, CA 94704.

On April 30, 2008, I served on Janet Chalk, City Clerk, City of Antioch, copies of the following documents addressed to the City of Antioch:

**FIRST AMENDED COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR THE HONORABLE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; GUIDELINES ON FILING PROCESS IN U.S. DISTRICT COURT IN SAN FRANCISCO; PETITION AND PROPOSED ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF DEARMAND E; PETITION AND PROPOSED ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF MICHAEL H; PETITION AND PROPOSED ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF NICHOLAS P.**

On April 30, 2008, I also served copies of the foregoing documents on:

- Darlene Flournoy of the Antioch Police Department and addressed to Antioch Police Department; Chief James Hyde, Antioch Police Department; Officer James Vincent, Antioch Police Department; Officer Leroy Bloxsom, Antioch Police Department; Officer Pfeiffer, Antioch Police Department; Officer M. Zepeda, Antioch Police Department; Sergeant Kevin Rogers, Antioch Police Department; Officer R. Solari, Antioch Police Department; and

- Nancy Billeci, of the Antioch Unified School District and addressed to Antioch Unified School District; Deborah Sims, Antioch Unified School District; Robert Bravo, Antioch Unified School District; Ron Leone, Antioch Unified School District.

Further, I personally served copies of the foregoing documents on:

- Andy Cannon, Deer Valley High School, 4700 Lone Tree Way, Antioch, CA
- Bukky Oyebade, Antioch High School, 700 W. 18th Street, Antioch, CA

- Jo Ella Allen, George Y. Komure School, 2121 Henry Long Blvd., Stockton, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 2, 2008, at Berkeley, California.

_____
Bernice Espinoza