1  TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
   DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
2  EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Blvd., Ste 450
3  Pleasant Hill, CA  94523
   Telephone: (925) 827-3300
4

5  Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
   DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
6  ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
   individually and in their official capacities.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 DEARMAND E., a minor, by and through        CASE NO.: C08-01709 EMC
   DEARMAND ELLIS, JR., his father/legal
11 guardian; MICHAEL H., a minor, by and       STIPULATION EXTENDING TIME TO
   through ONITA TUGGLES, his mother/legal     RESPOND TO THE FIRST AMENDED
12 guardian; and NICHOLAS P., a minor, by and  COMPLAINT FOR DAMAGES AND
   through BETTINA LAWRENCE, his               INJUNCTIVE AND DECLARATORY
13 mother/legal guardian.                      RELIEF BY DEFENDANTS ANTIOCH
                                               UNIFIED SCHOOL DISTRICT; DEBORAH
14          Plaintiffs,                        SIMS, JO ELLA ALLEN, ROBERT BRAVO,
                                               ANDY CANNON, RON LEONE, and BUKKY
15 v.                                          OYEBADE'S, individually and in their official
                                               capacities
16 CITY OF ANTIOCH, ANTIOCH POLICE
   DEPARTMENT; JAMES HYDE, Chief of
17 Police, Antioch Police Department, in his
   individual and official capacities; OFFICER
18 JAMES VINCENT (#3747), OFFICER
   LEROY BLOXSOM (#2083), OFFICER
19 PFEIFFER (#3707), OFFICER M. ZEPEDA
   (#4137), SERGEANT KEVIN ROGERS
20 (#2464), OFFICER R. SOLARI (#2372), in
   their individual and official capacities;
21 ANTIOCH UNIFIED SCHOOL DISTRICT;
   DEBORAH SIMS, JO ELLA ALLEN,
22 ROBERT BRAVO, ANDY CANNON, RON
   LEONE, and BUKKY OYEBADE,
23 individually and in their official capacities.

24          Defendants.

25                                  1

26 ─────────────────────────────────────────────────────
   STIPULATION EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT FOR
   DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF

1  The parties, by and through their respective counsel, hereby stipulate that defendants,
2  ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN,
3  ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually
4  and in their official capacities, response to the to the First Amended Complaint for Damages and
5  Injunctive and Declaratory Relief is extended to May 22, 2008.

7  DATED: 5/21/08        LAW OFFICES OF JIVAKA CANDAPPA

                         Jivaka Candappa, Esq.
                         Attorney for Plaintiffs
                         DEARMAND E., a minor, by and through
                         DEARMAND ELLIS, JR., his father/legal
                         guardian; MICHAEL H., a minor, by and
                         through ONITA TUGGLES, his
                         mother/legal guardian; and NICHOLAS P., a
                         minor, by and through BETTINA
                         LAWRENCE, his mother/legal guardian.

15 DATED: 5/21/08         EDRINGTON, SCHIRMER & MURPHY

                         By _____
                         Dolores M. Donohoe
                         Attorney for Defendants
                         ANTIOCH UNIFIED SCHOOL DISTRICT;
                         DEBORAH SIMS, JO ELLA ALLEN,
                         ROBERT BRAVO, ANDY CANNON,
                         RON LEONE, and BUKKY OYEBADE,
                         individually and in their official capacities.

23 //
24 //

2

STIPULATION EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF