E-filing

TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
individually and in their official capacities.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEARMAND E., a minor, by and through
DEARMAND ELLIS, JR., his father/legal
guardian; et al.
    Plaintiff(s),

v.

CITY OF ANTIOCH, et al.

    Defendant(s).

No. C C08-01709

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/12/08

Signature: Dolores M Donohoe

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")