1  JIVAKA CANDAPPA, (SBN 225919)
2  46 Shattuck Square, # 15
   Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs, DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DEARMAND E., a minor, by and through      ) Case No.: C08-01709 SI
   DEARMAND ELLIS, JR., his father/legal     )
12 guardian; MICHAEL H., a minor, by and     )
13 through ONITA TUGGLES, his mother/legal   )
   guardian; and NICHOLAS P., a minor, by and)
14 through BETTINA LAWRENCE, his             ) **ASSOCIATION OF COUNSEL**
   mother/legal guardian,                    )
15                                           )
16         Plaintiffs,                       )
                                             )
17     vs.                                   )
                                             )
18 CITY OF ANTIOCH, ANTIOCH POLICE           )
   DEPARTMENT, JAMES HYDE, Chief of          )
19 Police, Antioch Police Department, in his )
   individual and official capacities; OFFICER)
20 JAMES VINCENT (#3747), OFFICER            )
21 LEROY BLOXSOM (#2083), OFFICER            )
   PFEIFFER (#3707), OFFICER M. ZEPEDA       )
22 (#4137), SERGEANT KEVIN ROGERS            )
23 (#2464), OFFICER R. SOLARI (#2372), in    )
   their individual and official capacities; )
24 ANTIOCH UNIFIED SCHOOL DISTRICT;          )
   DEBORAH SIMS, JO ELLA ALLEN,              )
25 ROBERT BRAVO, ANDY CANNON, RON            )
26 LEONE, and BUKKY OYEBADE,                 )
   individually and in their official capacities,)
27                                           )
28         Defendants.                       )

---

**ASSOCIATION OF COUNSEL**                    *DeArmand E. vs. City of Antioch et al.*
                                                     **Case No. C08-01709 SI**

-1-

1  Jivaka Candappa, being the attorney of record for Plaintiffs DeArmand E., Michael H.
2 and Nicholas P. in this action, hereby associates attorney at law, Jenny Huang of Justice First
3 LLP, as co-counsel for Plaintiffs in this matter.  The contact information for such associated
4 counsel is as follows:

        Jenny C. Huang, SBN 223596
        JUSTICE FIRST, LLP
        2831 Telegraph Avenue
        Oakland, CA  94609
        Telephone: (510) 628-0695
        Fax: (510) 272-0711
        E-mail: jhuang@justicefirstllp.com

DATED:  July 14, 2008           By:     /s/ Jivaka Candappa
                                  JIVAKA CANDAPPA, for Plaintiffs
                                  DEARMAND E., MICHAEL H.
                                  and NICHOLAS P.