## PROOF OF SERVICE

I, Elizabeth A. Aakhus, declare that:

I am employed at The Impact Fund, 125 University Avenue, Suite 102, Berkeley, California, 94710. I am over the age of 18 years and not a party to this action. On Tuesday, July 29, 2008, I served a true and correct copy of the **Administrative Motion to Consider Whether Cases Should Be Related(L.R. 3-12)** via Electronic Case Filing (ECF) notification to:

| | |
|---|---|
| JIVAKA CANDAPPA, (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, # 15<br>Berkeley, CA 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br>Email: jcandappa@sbcglobal.net<br><br>*Attorney for Plaintiffs, DEARMAND E., MICHAEL H., and NICHOLAS P.*<br>*Case No.: C 08-01709* | JENNY CHI-CHIN HUANG (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br>Email: JHuang@justicefirstllp.com<br><br>*Attorney for Plaintiffs, DEARMAND E., MICHAEL H., and NICHOLAS P.*<br>*Case No.: C 08-01709* |
| TIMOTHY P. MURPHY (SBN 120920)<br>DOLORES M. DONOHOE (SBN 11432)<br>EDRINGTON, SCHIRMER & MURPHY LLP<br>2300 Contra Costa Blvd., Suite 450<br>Pleasant Hill, CA 94523<br>Telephone: (925) 827-3300<br>Facsimile: (925) 827-3320<br>Email: Lori@esmlawfirm.com<br><br>*Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities.*<br>*Case No.: C 08-01709* | JAMES V. FITZGERALD, III (SBN 55632)<br>NOAH G. BLECHMAN (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Post Office Box 5288<br>Walnut Creek, CA 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br>Email: james.fitzgerald@mcnamaralaw.com<br><br>*Attorneys for Defendants, CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE; OFFICER JAMES VINCENT; OFFICER LEROY BLOXSOM; OFFICER PFEIFFER; OFFICER M. ZEPEDA; SERGEANT KEVIN ROGERS; OFFICER R. SOLARI*<br>*Case No.: C 08-01709* |

On Tuesday, July 29, 2008, I served a true and correct copy of the **Administrative Motion to Consider Whether Cases Should Be Related(L.R. 3-12)** via first class mail to:

JIVAKA CANDAPPA, (SBN 225919)
LAW OFFICE OF JIVAKA CANDAPPA
46 Shattuck Square, # 15
Berkeley, CA 94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817
Email: jcandappa@sbcglobal.net

*Attorney for Plaintiff, ONITA TUGGLES*
*Case No.: C 08-01914*

TIMOTHY P. MURPHY (SBN 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

*Attorney for Defendants, HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ*
*Case No.: C 08-01914*

JAMES V. FITZGERALD, III (SBN 55632)
NOAH G. BLECHMAN (SBN 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

*Attorneys for Defendants, CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, CORPORAL STEVE BIAS, OFFICER DESMOND BITTNER, AND OFFICER WILLIAM DILLARD, II*
*Case No.: C 08-01914*

JAMES V. FITZGERALD, III (SBN 55632)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203
Email: james.fitzgerald@mcnamaralaw.com

*Attorney for Defendant, CITY OF ANTIOCH*
*Case No.: C 08-2301*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 29, 2008 in Berkeley, California.

_____
ELIZABETH AAKHUS
Impact Fund