| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | Timothy P. Murphy (SBN 120920)<br>Dolores M. Donohoe (SBN 111432)<br>EDRINGTON, SCHIRMER & MURPHY LLP<br>2300 Contra Costa Blvd., Suite 450<br>Pleasant Hill, California 94523<br>Telephone: (925) 827-3300<br>Facsimile: (925) 827-3320<br><br>Attorneys for Defendants<br>ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,

    Plaintiffs,

    vs.

CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER

Case No.: C08-01709 SI

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

1  JAMES VINCENT (#3747), OFFICER LEROY )
   BLOXSOM (#2083), OFFICER PFEIFFER )
2  (#3707), OFFICER M. ZEPEDA (#4137), )
   SERGEANT KEVIN ROGERS (#2464), )
3  OFFICER R. SOLARI (#2372), in their )
   individual and official capacities; ANTIOCH )
4  UNIFIED SCHOOL DISTRICT; DEBORAH )
   SIMS, JO ELLA ALLEN, ROBERT BRAVO, )
5  ANDY CANNON, RON LEONE, and BUKKY )
   OYEBADE, individually and in their official )
6  capacities, )
7              Defendants. )
8                                              )

9       Counsel report that they have met and conferred regarding ADR and have reached the

10 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

11      • The parties agree to participate in Mediation pursuant to ADR L.R. 6.

12      The parties further agree to hold the ADR session by the presumptive deadline of 90 days

13 from the date of the order referring the case to an ADR process unless otherwise ordered by the

14 Court.

15 DATED: July 29, 2008          By: /s/ Jivaka Candappa
                                     _____
16                                   JIVAKA CANDAPPA
                                     Attorney for Plaintiffs
17                                   DEARMAND E., MICHAEL H., and NICHOLAS P.

18

19 DATED: July 28, 2008          JUSTICE FIRST LLP
                                 By: /s/ Jenny Huang
20                                   _____
                                     JENNY HUANG
21                                   Attorneys for Plaintiffs
                                     DEARMAND E., MICHAEL H., and NICHOLAS P.
22

23 / . / . /

24 / . / . /

25 / . / . /

26 / . / . /

27 / . / . /

28 / . / . /

| | | |
|---|---|---|
| 1 | DATED: July 28, 2008 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES, & BROTHERS LLP |
| 2 | | By: /s/ James V. Fitzgerald, III |
| 3 | | JAMES V. FITZGERALD, III |
| | | NOAH G. BLECHMAN |
| 4 | | Attorneys for Defendants |
| | | CITY OF ANTIOCH, ANTIOCH POLICE |
| 5 | | DEPARTMENT, JAMES HYDE, OFFICER JAMES |
| | | VINCENT, OFFICER LEROY BLOXSOM, |
| 6 | | OFFICER PFEIFFER, OFFICER M. ZEPEDA, |
| 7 | | SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI |
| 8 | | |
| 9 | DATED: July 28, 2008 | EDRINGTON, SCHIRMER & MURPHY LLP |
| | | By: /s/ Dolores M. Donohoe |
| 10 | | TIMOTHY P. MURPHY |
| 11 | | DOLORES M. DONOHOE |
| | | Attorneys for Defendants |
| 12 | | ANTIOCH UNIFIED SCHOOL DISTRICT, |
| 13 | | DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and |
| 14 | | BUKKY OYEBADE |

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities,<br><br>　　　　Defendants. | Case No.: C08-01709 SI<br><br><br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

**[PROPOSED] ORDER SELECTING ADR PROCESS**　　　　*DeArmand E. vs. City of Antioch et al.*
　　　　　　　　　　　　　　　　　　　　　　　　**Case No. C08-01709 SI**

-1-

1  Pursuant to the parties' stipulation, the captioned matter is hereby referred to
2  mediation. The mediation session shall take place within 90 days from the date of this order.
3  **IT IS SO ORDERED.**

5  DATED: _____

By: _____
HON. SUSAN ILSTON, JUDGE
UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER SELECTING**     *DeArmand E. vs. City of Antioch et al.*
**ADR PROCESS**     **Case No. C08-01709 SI**

-2-