1  TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
   DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
2  EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Blvd., Ste 450
3  Pleasant Hill, CA 94523
   Telephone: (925) 827-3300
4
   Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
5  DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
   ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
6  individually and in their official capacities.
   (CASE NO.: C08-01709 SI)
7
   Attorneys for Defendants
8  HOUSING AUTHORITY OF THE COUNTY OF CONTRA COSTA, ELIZABETH
   CAMPBELL, KATHY GUZMAN and JOANNA RODRIGUEZ
9  (CASE NO.: C08-01914 JCS)

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | DEARMAND E., a minor, by and through        | CASE NO.: C08-01709 SI
13 | DEARMAND ELLIS, JR., his father/legal       |
   | guardian; MICHAEL H., a minor, by and       | [PROPOSED] ORDER IN SUPPORT OF
14 | through ONITA TUGGLES, his mother/legal     | OPPOSITION TO ADMINISTRATIVE
   | guardian; and NICHOLAS P., a minor, by and  | MOTION TO CONSIDER WHETHER
15 | through BETTINA LAWRENCE, his               | CASES SHOULD BE RELATED (L.R.3-12)
   | mother/legal guardian.                      | BY DEFENDANTS ANTIOCH UNIFIED
16 |                                             | SCHOOL DISTRICT; DEBORAH SIMS, JO
   |           Plaintiffs,                       | ELLA ALLEN, ROBERT BRAVO,
17 |                                             | ANDY CANNON, RON LEONE, and BUKKY
   | v.                                          | OYEBADE, individually and in their official
18 |                                             | capacities
19 | CITY OF ANTIOCH, ANTIOCH POLICE             | (N.D. Local Rule No. 3-12(e))
   | DEPARTMENT, JAMES HYDE, Chief of
20 | Police, Antioch Police Department, in his
   | individual and official capacities; OFFICER
21 | JAMES VINCENT (#3747), OFFICER
   | LEROY BLOXSOM (#2083), OFFICER
22 | PFEIFFER (#3707), OFFICER M. ZEPEDA
   | (#4137), SERGEANT KEVIN ROGERS
23 | (#2464), OFFICER R. SOLARI (#2372), in
   | their individual and official capacities;
24 | ANTIOCH UNIFIED SCHOOL DISTRICT;
   | DEBORAH SIMS, JO ELLA ALLEN,
25 | ROBERT BRAVO, ANDY CANNON, RON
   | LEONE, and BUKKY OYEBADE,
   | individually and in their official capacities.
26 |
   |           Defendants.

Plaintiff in the case of *Williams v. City of Antioch* (No. 08-02301 SBA) filed this Administrative Motion to request that the following cases be considered related:

1. *Williams v. City of Antioch* (No. 08-02301 SBA);
2. *DeArmand E. v. City of Antioch* (No. 08-01709 SI); and
3. *Tuggles v. City of Antioch* (No. 08-01914 JCS).

Upon review of plaintiffs' papers and opposition papers, it is order that the three cases are not related pursuant to Local Rule 3-12.

DATED:

JUDGE SUSAN ILLSTON