

1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile: (925) 939-0203

6  Attorneys for Defendants
   CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT;
7  JAMES HYDE; OFFICER JAMES VINCENT; OFFICER
   LEROY BLOXSOM; OFFICER PFEIFFER; OFFICER M.
8  ZEPEDA; SERGEANT KEVIN ROGERS; OFFICER R.
   SOLARI
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  DEARMAND E., a minor, by and through        Case No. C08-01709 SI
    DEARMAND ELLIS, JR., his father/legal
14  guardian; MICHAEL H., a minor, by and       **[PROPOSED] ORDER ON *WILLIAMS'***
    through ONITA TUGGLES, his                  **PLAINTIFFS' ADMINISTRATIVE**
15  mother/legal guardian; and NICHOLAS P.,     **MOTION TO CONSIDER WHETHER**
    a minor, by and through BETTINA             **CASES SHOULD BE RELATED**
16  LAWRENCE, his mother/legal guardian,

17              Plaintiffs,                      (Per N.D.L.R. 3-12(a))

18       vs.

19  CITY OF ANTIOCH; ANTIOCH POLICE
    DEPARTMENT; JAMES HYDE, Chief of
20  Police, Antioch Police Department, in his
    individual and official capacities;
21  OFFICER JAMES VINCENT (#3747);
    OFFICER LEROY BLOXSOM (#2083);
22  OFFICER PFEIFFER (#3707); OFFICER
    M. ZEPEDA (#4137); SERGEANT
23  KEVIN ROGERS (#2464); OFFICER R.
    SOLARI (#2372), in their individual and
24  official capacities; ANTIOCH UNIFIED
    SCHOOL DISTRICT; DEBORAH SIMS;
25  ROBERT BRAVO; RON LEONE, in their
    individual and official capacities; JO ELLA
26  ALLEN; ANDY CANNON, and BUKKY
    OYEBADE, in their individual capacity,
27
                Defendants.
28

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

1    Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related having

2    been submitted per N.D.L.R 3-12(a), with opposition papers filed by Defendants, this matter was

3    submitted per local rules.

4    The involved cases included the following three matters:

5    1.  DeArmand E. v. City of Antioch et al. (No. 08-01709 SI), this action;

6    2.  Williams v. City of Antioch (No. 08-02301 SBA);

7    3.  Tuggles v. City of Antioch et al. (No. 08-01914 JCS).

8    After full consideration of the moving papers, the oppositions and opposing arguments,

9    the Court finds that Plaintiffs' Administrative Motion to Consider Whether Cases Should Be

10   Related is hereby DENIED.

11   Plaintiffs have failed to demonstrate that the three cases are sufficiently related, per the

12   mandates of N.D.L.R. 3-12(a).  It appears that the actions concern differing parties, property, and

13   relate to different and distinctive transactions or events, per N.D.L.R. 3-12(a)(1).  In addition,

14   Plaintiffs failed to show that failure to deem these case to be related would make it likely that

15   there will be an unduly burdensome duplication of labor and expense or conflicting results if the

16   cases are conducted before different Judges, per N.D.L.R. 3-12(a)(2).  As such, these three

17   matters are not deemed related and will remain assigned to their currently assigned trial judges.

18   Plaintiffs' motion is hereby DENIED.

19

20   IT IS SO ORDERED.

21

22   Dated:_____

23                                                    _____
                                                     Hon. Judge Susan Illston
                                                     United States District Judge

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330