# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities,<br><br>Defendants. | Case No.: C08-01709 SI<br><br>**[PROPOSED] ORDER SELECTING ADR PROCESS** |

1  Pursuant to the parties' stipulation, the captioned matter is hereby referred to
2  mediation. The mediation session shall take place within 90 days from the date of this order.
3  **IT IS SO ORDERED.**

5  DATED: _____

By: _____
HON. SUSAN ILSTON, JUDGE
UNITED STATES DISTRICT COURT

Case 3:08-cv-01709-SI    Document 36    Filed 08/05/2008    Page 2 of 2

[PROPOSED] ORDER SELECTING          *DeArmand E. vs. City of Antioch et al.*
ADR PROCESS                          Case No. C08-01709 SI
-2-