1  JIVAKA CANDAPPA, (SBN 225919)
   46 Shattuck Square, # 15
2  Berkeley, CA 94704
3  Telephone: (510) 981-1808
   Facsimile: (510) 981-1817
4

5  Attorney for Plaintiffs DEARMAND E., MICHAEL H.,
   and NICHOLAS P.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian, | Case No.: C 08-01709 (SI) |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, ROBERT BRAVO, RON LEONE, in their individual and official capacities; JO ELLA ALLEN, ANDY CANNON, and BUKKY OYEBADE, in their individual capacity, | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Notice is hereby given that commencing August 13, 2008, and continuing through
3  August 24, 2008, Jivaka Candappa, attorney for Plaintiffs herein, will be on vacation and
4  unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any
5  kind, responding to ex parte applications, appearing in court, or appearing at deposition.

7  DATED: August 6, 2008            By:    /s/ Jivaka Candappa
                                           JIVAKA CANDAPPA, for Plaintiffs
8                                          DEARMAND E., MICHAEL H.
                                           and NICHOLAS P.

**NOTICE OF UNAVAILABILITY OF COUNSEL**          *DeArmand E. vs. City of Antioch et al.*
                                                 **Case No. C 08-01709 (SI)**
-2-