JIVAKA CANDAPPA
ATTORNEY AT LAW

46 Shattuck Square, #15
Berkeley, CA 94704

T 510 981 1808
F 510 981 1817
jcandappa@att.net

August 7, 2008

The Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re. *DeArmand E. v. City of Antioch et al.*; Case # C 08-01709 (SI)

Dear Judge Illston:

I am writing to request the Court to excuse my appearance at the initial Case Management Conference on August 22, 2008, as I will be on vacation from August 13 through August 24. Plaintiffs will be represented at the Case Management Conference by co-counsel, Jenny Huang of Justice First LLP. Ms. Huang is completely familiar with the case and will be prepared to set a schedule and trial date, and discuss other issues relevant to the case.

Thank you in advance for considering my request.

Very truly yours,

Jivaka Candappa
Attorney for Plaintiffs
DeArmand E., Michael H.
and Nicholas P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,

Plaintiffs,

vs.

CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities,

Defendants.

Case No.: C 08-01709 (SI)

**[PROPOSED] ORDER EXCUSING APPEARANCE**

Based on good cause and representation by lead counsel for Plaintiffs, Jivaka Candappa, that Jenny Huang of Justice First LLP is co-trial counsel on this matter, and Mr. Candappa and Ms. Huang will be bound by the Court's scheduling order, Mr. Candappa is excused from appearing at the Case Management Conference on August 22, 2008. Ms. Huang is authorized to appear for the setting of all dates.

**IT IS SO ORDERED.**

DATED: ________________

By: ___________________________________
HON. SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT