TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
individually and in their official capacities.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities.<br><br>Defendants. | CASE NO.: C08-01709 SI<br><br>**DEFENDANTS ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE'S. INITIAL DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 26(a) and in conformity with this Court's Order setting initial Case Management Conference, defendants ANTIOCH UNIFIED SCHOOL

1

DEFENDANTS' INITIAL DISCLOSURE

1  DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON
2  LEONE, and BUKKY OYEBADE, individually and in their official capacities., in their
3  individual and official capacities, and each of them, make the following initial disclosures,
4  identifying information and documents reasonably available to it at this time. The Parties to this
5  disclosure reserve the right to supplement its content as additional witness names and/or
6  documents are located:

### A. WITNESS LIST

Defendants reserve the right to identify additional individuals based on future investigation and discovery in this matter. At this time, defendants identify the following individuals:

1. Defendant DEBORAH SIMS. Subject to testify concerning their knowledge with regard to the expulsion plaintiffs.

2. Defendant JO ELLA ALLEN. Subject to testify concerning her knowledge with regard to the expulsion plaintiffs.

3. Defendant ROBERT BRAVO. Subject to testify concerning his knowledge with regard to the expulsion plaintiffs.

4. Defendant ANDY CANNON. Subject to testify concerning his knowledge with regard to the expulsion plaintiffs.

5. Defendant RON LEONE. Subject to testify concerning his knowledge with regard to the expulsion plaintiffs.

6. Defendant BUKKY OYEBADE. Subject to testify concerning his knowledge with regard to the expulsion plaintiffs.

7. Defendant JAMES HYDE, Chief of Police, Antioch Police Department. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

DEFENDANTS' INITIAL DISCLOSURE

8. Defendant OFFICER JAMES VINCENT. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

9. Defendant OFFICER LEROY BLOXSOM. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

10. Defendant OFFICER PFEIFFER. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

11. Defendant OFFICER M. ZEPEDA. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

12. Defendant SERGEANT KEVIN ROGERS. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

13. Defendant OFFICER R. SOLARI. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

14. Plaintiff DEARMAND E. Deer Valley High School student was present at the Gas City incident on March 7, 2007. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

15. Dearmand Ellis, Jr. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

16. Plaintiff MICHAEL H. Deer Valley High School student was present at the Gas City incident on March 7, 2007. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

17. Onita Tuggles. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

18. Plaintiff, NICHOLAS P. Deer Valley High School student was present at the Gas City incident on March 7, 2007. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

19. Bettina Lawrence. Subject to testify concerning his knowledge with regard to the expulsion of plaintiffs.

20. Victor Ferguson, Deer Valley High School student who was present at the Gas City incident on March 7, 2007. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

21. Amontiesha Tucker, Dallas Ranch Middle School student who was present at the Gas City incident on March 7, 2007. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

22. Brandon Pierson, Deer Valley High School student who was present at the Gas City incident on March 7, 2007. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

23. Victoria Porter, Deer Valley High School student who was present at the Gas City incident on March 7, 2007. Subject to testify concerning her observations during the incidents described in plaintiffs' Complaint.

24. Leroy Anthony Scoggins, Deer Valley High School student who was present at the Gas city incident on March 7, 2007. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

25. Officer John Fortner. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

26. Officer Ouimet. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

27. Officer Gonzalez. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

28. Officer Andelin. Subject to testify concerning his observations during the incidents described in plaintiffs' Complaint.

4

DEFENDANTS' INITIAL DISCLOSURE

29. Janet Kivinen. Subject to testify concerning their knowledge regarding the expulsion of certain plaintiffs.

**B.     DOCUMENTS**

Described below are non-privileged documents related to the claim and anticipated defenses in this action. Defendant reserves the right to identify additional documents once he has completed his investigation and discovery in this matter.

1. May 1, 2007 Findings of Facts & Disciplinary Recommendations of the A.U.S.D. Administrative Panel - Expulsion of DEARMAND ELLIS;
2. May 3, 2007 Expulsion Packet E91 2006-07 – MICHAEL HOUSLEY;
3. May 3, 2007 Expulsion Packet E91 2006-07 – NICHOLAS PREE;
4. Video from Gas City incident on March 7, 2007; and
5. Police reports.

If you do not have a copy of any of the above mentioned documents and/or videotape, please contact this office and it will be provided to you.

**C.     INSURANCE**

Defendants referred to herein are a public entity and certain of its employees. Defendant ANTIOCH UNIFIED SCHOOL DISTRICT is a public entity, permissibly self-insured according to California law.

This Disclosure is based upon defendants' current information, knowledge and belief. Defendants' investigation and discovery are continuing and ongoing. Accordingly, defendants reserve the right to add, alter, amend, discard, refine and/or supplement this disclosure based

//

//

upon additional information and discovery.

DATED: August 7, 2008                     EDRINGTON, SCHIRMER & MURPHY

                                          By  */s/ Dolores M. Donohoe*
                                          Dolores M. Donohoe, ESQ.
                                          Attorneys for Defendants
                                          ANTIOCH UNIFIED SCHOOL DISTRICT;
                                          DEBORAH SIMS, JO ELLA ALLEN,
                                          ROBERT BRAVO, ANDY CANNON,
                                          RON LEONE, and BUKKY OYEBADE,
                                          Individually and in their official capacities.

DEFENDANTS' INITIAL DISCLOSURE