UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities,<br><br>Defendants. | Case No.: C 08-01709 (SI)<br><br>**[PROPOSED] ORDER EXCUSING APPEARANCE** |

1    Based on good cause and representation by lead counsel for Plaintiffs, Jivaka Candappa,
2 that Jenny Huang of Justice First LLP is co-trial counsel on this matter, and Mr. Candappa and
3 Ms. Huang will be bound by the Court's scheduling order, Mr. Candappa is excused from
4 appearing at the Case Management Conference on August 22, 2008.  Ms. Huang is authorized
5 to appear for the setting of all dates.

**IT IS SO ORDERED.**

DATED: _____

By: _____
HON. SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT