**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.    C-08-1709 SI           Judge:   SUSAN ILLSTON

Title: DEARMAND E.  -v- ANTIOCH

Attorneys: J. Wong,          N. Blechman, T. Murphy

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)    Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                          PART

Case continued to **11/14/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/4/09    @ 9:00 a.m.**   for Motions
(Motion due **7/31/09**, Opposition **8/14/09** Reply **8/21/09**)

Case continued to **10/20/09    @ 3:30 p.m.**   for Pretrial Conference

Case continued to **11/2/09    @ 8:30 a.m.**   for Trial (JURY:  Days)
Discovery Cutoff: 5/29/09  Designate Experts by: 6/22/09, Rebuttal Experts:7/3/09, Expert Discovery Cutoff:7/24/09

ORDERED AFTER HEARING:
The Court granted each defendant 60 interrogatories each and 15 joint depositions.
Defendant must provide further information re: insurance coverage
Mediation is stayed pending further order of the Court.

Cc: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-08-1709 SI          Judge:   SUSAN ILLSTON

Title: DEARMAND E.   -v- ANTIOCH

Attorneys: J. Wong,        N. Blechman, T. Murphy

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **11/14/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/4/09    @ 9:00 a.m.**   for Motions
(Motion due **7/31/09**, Opposition **8/14/09** Reply **8/21/09**)

Case continued to **10/20/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/2/09    @ 8:30 a.m.**  for Trial (JURY:  Days)
Discovery Cutoff: 5/29/09  Designate Experts by: 6/22/09, Rebuttal Experts:7/3/09, Expert Discovery Cutoff:7/24/09

ORDERED AFTER HEARING:
The Court granted each defendant 60 interrogatories each and 15 joint depositions.
Defendant must provide further information re: insurance coverage
Mediation is stayed pending further order of the Court.

Cc: ADR