# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| E., | 08-01709 SI MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Antioch, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Catherine A. Yanni
> JAMS
> Two Embarcadero Center, Suite 1500
> San Francisco, CA 94111
> 415-982-5267

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01709 SI MED                                         - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 2, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01709 SI MED                                     - 2 -