IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEARMAND E.,

        Plaintiff,

v.

CITY OF ANTIOCH,

        Defendant.
        _____/

No. C 08-01709 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 26, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2009.

DESIGNATION OF EXPERTS: 6/22/09; REBUTTAL: 7/3/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 24, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by September 11, 1009;

    Opp. Due September 25, 2009; Reply Due October 2, 2009;

    and set for hearing no later than October 16, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 3, 2009 at 3:30 PM.

JURY TRIAL DATE: November 16, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in a follow up mediation session with K. Yanni on April 29, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                            SUSAN ILLSTON
                                            United States District Judge