| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | Timothy P. Murphy (SBN 120920)<br>Dolores M. Donohoe (SBN 111432)<br>EDRINGTON, SCHIRMER & MURPHY LLP<br>2300 Contra Costa Blvd., Suite 450<br>Pleasant Hill, California 94523<br>Telephone: (925) 827-3300<br>Facsimile: (925) 827-3320<br><br>Attorneys for Defendants<br>ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,

   Plaintiffs,

  vs.

CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his

) Case No.: C 08-01709 SI
)
)
)
) **STIPULATION AND PROPOSED**
) **ORDER TO TAKE DEFENDANT**
) **OFFICER VINCENT'S DEPOSITION**
) **AFTER THE DISCOVERY DEADLINE**
) **OF JUNE 30, 2009**
)
)
) TRIAL DATE: November 16, 2009
) JUDGE: Hon. Susan Illston

|   |   |
|---|---|
| 1 | individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, ROBERT BRAVO, RON LEONE, in their individual and official capacities; JO ELLA ALLEN, ANDY CANNON, and BUKKY OYEBADE, in their individual capacity, Defendants. |

Whereas counsel for the City of Antioch Defendants has represented that Defendant Officer James Vincent is currently unavailable for his deposition because he was involved in a motor vehicle accident and suffered serious physical injuries;

Whereas the matter relating to Officer Vincent's unavailability was brought to the attention of the Court at the Joint Case Management Conference of April 10, 2009;

Whereas the Federal Rules of Civil Procedure, Rule 29, provides that the parties may stipulate to extend the time for any form of discovery with Court approval;

IT IS HEREBY STIPULATED by Plaintiffs DeArmand E., Nicholas P., and Michael H., Defendants City of Antioch, Antioch Police Department, Hyde, Vincent, Bloxsom, Pfeiffer, Zepeda, Rogers, and Solari, and Defendants Antioch Unified School District, Sims, Allen, Bravo, Cannon, Leone, and Oyebade through their undersigned respective counsel that the deposition of Defendant Vincent may be taken after the applicable discovery deadline of June 30, 2009.

DATED: May 12, 2009     By: /s/ Jivaka Candappa
                        _____
                        JIVAKA CANDAPPA
                        Attorney for Plaintiffs
                        DEARMAND E., MICHAEL H., and NICHOLAS P.

| | | |
|---|---|---|
| 1 | DATED: May 12, 2009 | JUSTICE FIRST LLP |
| 2 | | By: /s/ Jenny Huang |
| 3 | | _____ |
| | | JENNY HUANG |
| | | Attorneys for Plaintiffs |
| 4 | | DEARMAND E., MICHAEL H., and NICHOLAS P. |
| 5 | | |
| 6 | DATED: May 11,, 2009 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES, & BROTHERS LLP |
| 7 | | By: /s/ Noah Blechman |
| | | _____ |
| 8 | | JAMES V. FITZGERALD, III |
| | | NOAH G. BLECHMAN |
| 9 | | Attorneys for Defendants |
| | | CITY OF ANTIOCH, ANTIOCH POLICE |
| 10 | | DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, |
| 11 | | OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. |
| 12 | | SOLARI |
| 13 | | |
| 14 | DATED: May 11, 2009 | EDRINGTON, SCHIRMER & MURPHY LLP |
| | | By: /s/ Timothy Murphy |
| | | _____ |
| 15 | | TIMOTHY P. MURPHY |
| | | DOLORES M. DONOHOE |
| 16 | | Attorneys for Defendants |
| | | ANTIOCH UNIFIED SCHOOL DISTRICT, |
| 17 | | DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and |
| 18 | | BUKKY OYEBADE |

**APPROVED AND SO ORDERED**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT

---

*DeArmand E. v. City of Antioch et al.*
Case No. C 08-01709 SI

3

STIP TO TAKE DEFENDANT VINCENT'S
DEPO AFTER THE DISCOVERY DEADLINE