| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | Timothy P. Murphy (SBN 120920)<br>Dolores M. Donohoe (SBN 111432)<br>EDRINGTON, SCHIRMER & MURPHY LLP<br>2300 Contra Costa Blvd., Suite 450<br>Pleasant Hill, California 94523<br>Telephone: (925) 827-3300<br>Facsimile: (925) 827-3320<br><br>Attorneys for Defendants<br>ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his | Case No.: C08-01709 SI<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT WITNESS DISCOVERY DEADLINES**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

*DeArmand E. v. City of Antioch et al.*
Case No. C 08-01709 SI.

        1  STIPULATION EXTENDING EXPERT
          WITNESS DISCOVERY DEADLINES

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, ROBERT BRAVO, RON LEONE, in their individual and official capacities; JO ELLA ALLEN, ANDY CANNON, and BUKKY OYEBADE, in their individual capacity,<br><br>            Defendants. |

10  WHEREAS by Pretrial Order dated 8/26/08 (Docket No. 44), expert witness disclosures are due on June 22, 2009, rebuttal expert witness disclosures are due on July 3, 2009, and expert discovery is scheduled to close on July 24, 2009;

13  WHEREAS by Second Pretrial Order dated 4/15/09 (Docket No. 57), fact discovery is scheduled to close on June 30, 2009;

15  WHEREAS the parties intend to conduct depositions up and until the close of fact discovery on June 30, 2009;

17  WHEREAS the parties have agreed to avoid the additional expense of requiring expedited deposition transcripts and supplemental expert witness reports in order to comply with the expert disclosure deadline of June 22, 2009;

20  IT IS HEREBY STIPULATED AND AGREED by all parties that expert witness discovery deadlines may be extended as follows:

    1. Designation of experts are due on August 17, 2009;

    2. Designation of rebuttal experts are due on August 31, 2009; and

    3. Expert discovery cutoff is September 30, 2009.

DATED: May 12, 2009        By: /s/ Jivaka Candappa

                              JIVAKA CANDAPPA
                              Attorney for Plaintiffs
                              DEARMAND E., MICHAEL H.,
                              and NICHOLAS P.

| | | |
|---|---|---|
| 1 | DATED: May 12, 2009 | JUSTICE FIRST LLP |
| 2 | | By: /s/ Jenny Huang |
| | | _____ |
| 3 | | JENNY HUANG |
| | | Attorneys for Plaintiffs |
| 4 | | DEARMAND E., MICHAEL H., and NICHOLAS P. |

DATED: May 12, 2009   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES, & BROTHERS LLP
By: /s/ Noah Blechman
_____
JAMES V. FITZGERALD, III
NOAH G. BLECHMAN
Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI

DATED: May 12, 2009   EDRINGTON, SCHIRMER & MURPHY LLP
By: /s/ Timothy Murphy
_____
TIMOTHY P. MURPHY
DOLORES M. DONOHOE
Attorneys for Defendants
ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

*[signature: Susan Illston]*
_____
THE HONORABLE SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT

---

*DeArmand E. v. City of Antioch et al.*
Case No. C 08-01709 SI

3

STIPULATION EXTENDING EXPERT WITNESS DISCOVERY DEADLINES