| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | Timothy P. Murphy (SBN 120920)<br>Dolores M. Donohoe (SBN 111432)<br>EDRINGTON, SCHIRMER & MURPHY LLP<br>2300 Contra Costa Blvd., Suite 450<br>Pleasant Hill, California 94523<br>Telephone: (925) 827-3300<br>Facsimile: (925) 827-3320<br><br>Attorneys for Defendants<br>ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; | Case No. C08-01709 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE DEFENDANT CHIEF JAMES HYDE'S DEPOSITION AFTER THE DISCOVERY DEADLINE OF JUNE 30, 2009**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

STIPULATION AND ORDER TO TAKE CHIEF HYDE'S
DEPOSITION AFTER DISCOVERY CUT-OFF C08-01709 SI

| | |
|---|---|
| 1 | OFFICER JAMES VINCENT (#3747); OFFICER LEROY BLOXSOM (#2083); OFFICER PFEIFFER (#3707); OFFICER M. ZEPEDA (#4137); SERGEANT KEVIN ROGERS (#2464); OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS; ROBERT BRAVO; RON LEONE, in their individual and official capacities; JO ELLA ALLEN; ANDY CANNON, and BUKKY OYEBADE, in their individual capacity, |
| | Defendants. |

WHEREAS by Pretrial Order dated 8/26/08 (Docket No. 44), discovery deadlines were initially set in this case.

WHEREAS by Second Pretrial Order dated 4/15/09 (Docket No. 57), fact discovery is scheduled to close on June 30, 2009;

WHEREAS the parties intend to conduct depositions up and until the close of fact discovery on June 30, 2009;

WHEREAS the parties are diligently setting the depositions in this matter, which include approximately eleven party witnesses and numerous other witness depositions, set to occur from now up until the June 30th discovery cut off.

WHEREAS the parties have agreed that Defendant Chief Hyde's deposition may be deferred until after the fact discovery cut off of June 30th to facilitate his schedule, the schedule of defense counsel and the depositions schedule in this case;

WHEREAS the Federal Rules of Civil Procedure, Rule 29, provides that the parties may stipulate to extend the time for any form of discovery with Court approval;

IT IS HEREBY STIPULATED by all counsel that the deposition of Defendant Chief Hyde's deposition may be taken after the applicable discovery deadline of June 30, 2009.

DATED: May 19, 2009          By: /s/ Candappa, Jivaka
                                  JIVAKA CANDAPPA
                                  Attorney for Plaintiffs
                                  DEARMAND E., MICHAEL H.,
                                  and NICHOLAS P.

STIPULATION AND ORDER TO TAKE CHIEF HYDE'S          2
DEPOSITION AFTER DISCOVERY CUT-OFF C08-01709 SI

| | | |
|---|---|---|
| 1 | DATED: May 19, 2009 | JUSTICE FIRST LLP |
| 2 | | By: /s/ Huang, Jenny |
| 3 | | JENNY HUANG |
| 4 | | Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and |
| 5 | | NICHOLAS P. |
| 6 | DATED: May 19, 2009 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES, & BROTHERS LLP |
| 7 | | By: |
| 8 | | JAMES V. FITZGERALD, III |
| 9 | | NOAH G. BLECHMAN Attorneys for Defendants |
| 10 | | CITY OF ANTIOCH, ANTIOCH POLICE |
| 11 | | DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, |
| 12 | | OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. |
| 13 | | SOLARI |
| 14 | DATED: May 19, 2009 | EDRINGTON, SCHIRMER & MURPHY LLP |
| 15 | | |
| 16 | | By: /s/ Murphy, Tim P. |
| 17 | | TIMOTHY P. MURPHY DOLORES M. DONOHOE |
| 18 | | Attorneys for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, |
| 19 | | DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and |
| 20 | | BUKKY OYEBADE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO TAKE CHIEF HYDE'S DEPOSITION AFTER DISCOVERY CUT-OFF C08-01709 SI           3