TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
NANCY A. McPHERSON, ESQ. (Bar No. 129464)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants, ANTIOCH UNIFIED SCHOOL DISTRICT;
DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO,
ANDY CANNON, RON LEONE, and BUKKY OYEBADE,
individually and in their official capacities.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian, et al. <br><br> Plaintiffs, <br> v. <br><br> CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, et al. <br><br> Defendants. | CASE NO.: C08-01709 SI <br><br> **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS certain parties to this action, namely, Plaintiffs, DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian; and defendants ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities (collectively the "Settling Parties"), have reached a mutual and amicable settlement and have entered into separate agreements for settlement of the monetary and injunctive relief claims between them in this action, which are incorporated herein by reference and the terms of which are set forth in writing in 1) the Settlement Agreement Release between Plaintiffs

DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian, and Defendants ANTIOCH UNIFIED SCHOOL DISTRICT, DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities (monetary claims), and 2) the Settlement Agreement between Plaintiffs and the Antioch Unified School District Defendants Regarding Plaintiffs' Pattern and Practice Claims (injunctive relief claims);

WHEREAS the Settlement Agreements cover all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain exclusive jurisdiction for the purpose of enforcing the terms of the Settlement Agreements;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs' action against Defendants ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities, including references to said parties in each of Plaintiffs' causes of action set out in Plaintiffs' First Amended Complaint, shall be dismissed with prejudice, except as necessary to enforce the terms of the Settlement Agreement between Plaintiffs and the Antioch Unified School District Defendants Regarding Plaintiffs' Pattern and Practice Claims (injunctive relief claims);

2. The Court shall retain exclusive jurisdiction to enforce the terms of the Settling Parties' Settlement Agreements;

3. The Settling Parties shall comply with the terms of the Settlement Agreement between Plaintiffs and the Antioch Unified School District Defendants Regarding Plaintiffs' Pattern and Practice Claims (injunctive relief claims), and the said agreement is incorporated herein by reference;

4. Each party shall bear its own attorney's fees and costs.

**SO STIPULATED.**

DATED: 9/17/09        LAW OFFICE OF JIVAKA CANDAPPA

By: _____
JIVAKA CANDAPPA, ESQ.
Attorney for Plaintiffs, DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian

DATED: 9/14/09        EDRINGTON, SCHIRMER & MURPHY

By: _____
TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendants ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

By: _____
HON. SUSAN ILLSTON, JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER