# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; ANTIOCH UNIFIED SCHOOL DISTRICT; DEBORAH SIMS, JO ELLA ALLEN, ROBERT BRAVO, ANDY CANNON, RON LEONE, and BUKKY OYEBADE, individually and in their official capacities,<br><br>　　　　　Defendants. | Case No.: C08-1709 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 UNDER SEAL.**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

---

[Proposed] Order Granting Plaintiffs Leave　　　　　　　*DeArmand E. vs. City of Antioch et al.*
To File MIL No. 1 Under Seal　　　　　　　　　　　　　Case No. C08-01709 SI

-1-

-2-

1   Satisfactory proof having been made and good cause appearing, Plaintiffs'
2   request for leave to file their Opposition to Defendants' Motion in Limine No. 1 under seal is
3   granted.  Plaintiffs shall file their Opposition by November 2, 2009.
4   **IT IS SO ORDERED.**

6   DATED: _____

7   By: _____
8   HON. SUSAN ILLSTON, JUDGE
    UNITED STATES DISTRICT COURT