| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>THE MCNAMARA LAW FIRM<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>        Plaintiffs,<br><br>        vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his | Case No.: C08-01709 SI<br><br>**STIPULATION AND ORDER NO. 1: ADMISSIBILITY OF GAS CITY SURVEILLANCE VIDEOTAPES**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

| | |
|---|---|
| 1 | individual and official capacities; OFFICER JAMES VINCENT (#3747), OFFICER LEROY BLOXSOM (#2083), OFFICER PFEIFFER (#3707), OFFICER M. ZEPEDA (#4137), SERGEANT KEVIN ROGERS (#2464), OFFICER R. SOLARI (#2372), in their individual and official capacities; )
Defendants. ) |

All parties, by and through their respective counsel, hereby stipulate that if Sam Uppal were called to testify as a witness in the matter, he would competently testify under oath to the following facts on the basis of his personal knowledge:

(1) On March 7, 2007, there was an incident that occurred at the Gas City gas station ("Gas City"), located on Lone Tree Way (at Mokelumne Drive) in Antioch, California.

(2) On March 7, 2007, Gas City operated four surveillance cameras to record events occurring inside and around the vicinity of Gas City. For ease of reference at trial, these videos will be known collectively as the "Surveillance Videos."

(3) Camera #1 was installed outside and above the entrance to Gas City's convenience store and recorded events occurring in the area of the front of the entrance to the convenience store.

(4) Cameras #2 and #3 were installed outside and recorded events occurring at and around the gas pumps at Gas City.

(5) Camera #4 was installed inside Gas City's convenience store and recorded events occurring near the store's entrance and the cash register.

(6) Soon after the incident, the Antioch Police Department was provided with a copy of the recordings from all four surveillance cameras taken on March 7, 2007, starting around 2:30 p.m.

(7) Attached as Exhibit 3 is a true and correct copy of the recordings from Gas City provided to the Antioch Police Department.

(8) The parties stipulate that the videotaped recordings attached as Exhibit 4, is a true and correct copy of Exhibit 3 in Quick Time format.  The parties further stipulate that they may publish the surveillance videos in Quick Time format (Exhibit 4) for all purposes in connection with this litigation.  The parties also stipulate that either version of the surveillance videos can be used at trial.

(9) Accordingly, the parties stipulate to the admissibility of the videos attached hereto as Exhibits 3 and 4.

**IT IS SO STIPULATED.**

DATED:  November 2, 2009

LAW OFFICE OF JIVAKA CANDAPPA
By:   /s/ Jivaka Candappa

_____
JIVAKA CANDAPPA
Attorney for Plaintiffs, DEARMAND E., MICHAEL H., and NICHOLAS P.

DATED: November 2, 2009

JUSTICE FIRST LLP
By:   /s/ Jenny Huang

_____
JENNY HUANG
Attorneys for Plaintiffs, DEARMAND E., MICHAEL H., and NICHOLAS P.

DATED: November 2, 2009

THE MCNAMARA LAW FIRM
By:   /s/ James Fitzgerald

_____
JAMES V. FITZGERALD, III
NOAH G. BLECHMAN
Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 DATED: _____

*[Signature: Susan Illston]*

_____
HON. SUSAN ILLSTON
United States District Court Judge