| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>            Plaintiffs,<br><br>            vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE | Case No.: C08-01709 SI<br><br>**STIPULATION AND ORDER NO. 2: ADMISSIBILITY OF DIGITAL CAMERA VIDEO RECORDING**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

1  DEPARTMENT, JAMES HYDE, Chief of           )
   Police, Antioch Police Department, in his  )
2  individual and official capacities; OFFICER )
   JAMES VINCENT (#3747), OFFICER LEROY       )
3  BLOXSOM (#2083), OFFICER PFEIFFER          )
   (#3707), OFFICER M. ZEPEDA (#4137),        )
4  SERGEANT KEVIN ROGERS (#2464),             )
5  OFFICER R. SOLARI (#2372), in their        )
   individual and official capacities;        )
6                                             )
                Defendants.                   )
7                                             )
                                              )
8  _____    )

9

10        All parties, by and through their respective counsel, hereby stipulate that if Cameron

11 Jones were called to testify as a witness in the matter, he would competently testify under oath

12 to the following facts on the basis of his personal knowledge:

13        (1) In the afternoon of March 7, 2007, Cameron Jones was present during a portion of an

14 incident at Gas City gas station ("Gas City"), located on Lone Tree Way (at Mokelumne Drive)

15 in Antioch, California.

16        (2) Using the video recorder on his digital camera, Cameron Jones recorded a portion of

17 the interactions between officers of the Antioch Police Department and Plaintiffs Michael H,

18 Nicholas P., and others including Brandon P. and Victor F., as well as other information as seen

19 on the video.

20        (4) The duration of Cameron Jones' videotaped recording is 17 seconds and this video

21 shall be referred to as the "17 Second Video" for the purposes of clarity at trial.

22        (5) The parties to this litigation have used Cameron Jones' video recording in discovery.

23        (6) Attached as Exhibit 5 is a copy of the videotaped recording taken by Cameron Jones

24 on March 7, 2007 at Gas City.

25        (7) Accordingly, the parties stipulate to the admissibility of the video attached hereto as

26 Exhibit 5

27        **IT IS SO STIPULATED**.

28 / . / . /

| | | |
|---|---|---|
| 1 | DATED:  November 2, 2009 | By:  /s/ Jivaka Candappa |
| 2 | | _____ |
| 3 | | JIVAKA CANDAPPA<br>Attorney for Plaintiffs<br>DEARMAND E., MICHAEL H., and NICHOLAS P. |
| 4 | | |
| 5 | DATED: November 2, 2009 | JUSTICE FIRST LLP<br>By:   /s/   Jenny Huang |
| 6 | | |
| 7 | | _____<br>JENNY HUANG<br>Attorneys for Plaintiffs |
| 8 | | DEARMAND E., MICHAEL H., and NICHOLAS P. |
| 10 | DATED: November 2, 2009 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES, & BROTHERS LLP |
| 11 | | By:  /s/ James Fitzgerald |
| 12 | | _____<br>JAMES V. FITZGERALD, III |
| 13 | | NOAH G. BLECHMAN<br>Attorneys for Defendants |
| 14-17 | | CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____

*[signature: Susan Illston]*

_____
HON. SUSAN ILLSTON
United States District Court Judge

---

*DeArmand E. v. City of Antioch et. al.*   - 3 -   CASE NO. C 08-01709 SI
STIP & ORDER NO. 2 RE DIGITAL CAMERA VIDEO RECORDING