| | |
|---|---|
| Jivaka Candappa (SBN 225919)<br>LAW OFFICE OF JIVAKA CANDAPPA<br>46 Shattuck Square, Suite 15<br>Berkeley, California 94704<br>Telephone: (510) 981-1808<br>Facsimile: (510) 981-1817<br><br>Attorney for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. | Jenny C. Huang (SBN 223596)<br>JUSTICE FIRST, LLP<br>2831 Telegraph Avenue<br>Oakland, CA 94609<br>Telephone: (510) 628-0695<br>Facsimile: (510) 272-0711<br><br>Attorneys for Plaintiffs DEARMAND E., MICHAEL H., and NICHOLAS P. |
| James V. Fitzgerald, III (SBN 55632)<br>Noah G. Blechman (SBN 197167)<br>THE MCNAMARA LAW FIRM<br>1211 Newell Avenue<br>Walnut Creek, California 94596<br>Telephone: (925) 939-5330<br>Facsimile: (925) 939-0203<br><br>Attorneys for Defendants<br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, OFFICER JAMES VINCENT, OFFICER LEROY BLOXSOM, OFFICER PFEIFFER, OFFICER M. ZEPEDA, SERGEANT KEVIN ROGERS, and OFFICER R. SOLARI | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>           Plaintiffs,<br><br>           vs.<br><br>CITY OF ANTIOCH, ANTIOCH POLICE DEPARTMENT, JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER | Case No.: C08-01709 SI<br><br>**STIPULATION AND ORDER NO. 3: REGARDING JUVENILE PETITIONS THAT WERE FILED BY THE DISTRICT ATTORNEY'S OFFICE AGAINST PLAINTIFFS NICHOLAS P. AND MICHAEL H. IN RELATION TO THE GAS CITY INCIDENT**<br><br>TRIAL DATE: November 16, 2009<br>JUDGE: Hon. Susan Illston |

*DeArmand E. v. City of Antioch et. al.*     - 1 -     CASE NO. C 08-01709 SI
STIP & ORDER NO. 3 RE JUVENILE
PETITION

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JAMES VINCENT (#3747), OFFICER LEROY )<br>BLOXSOM (#2083), OFFICER PFEIFFER )<br>(#3707), OFFICER M. ZEPEDA (#4137), )<br>SERGEANT KEVIN ROGERS (#2464), )<br>OFFICER R. SOLARI (#2372), in their )<br>individual and official capacities; )<br>                 Defendants. )<br>_____ ) |

All parties, by and through their respective counsel, hereby stipulate that:

1) On or about November 2, 2007, the Contra Costa County District Attorney's Office, Juvenile Court Division, filed a Juvenile Petition, pursuant to the Welfare and Institutions Code § 602, against Nicholas P. for a misdemeanor violation of Penal Code 148(a)(1) (willfully and unlawfully resisting, delaying and obstructing a peace officer in the discharge of and attempt to discharge a duty of his/her office), arising out of the March 7, 2007, incident ("Gas City incident"), involving the Antioch Police Department officers named herein.

2) On or about November 2, 2007, the Contra Costa County District Attorney's Office, Juvenile Court Division, filed a Juvenile Petition, pursuant to the Welfare and Institutions Code § 602, against Michael H. for a misdemeanor violation of Penal Code 148(a)(1) (willfully and unlawfully resisting, delaying and obstructing a peace officer in the discharge of and attempt to discharge a duty of his/her office), arising out of the Gas City incident involving the Antioch Police Department officers named herein.

3) As a result of the Juvenile Petition filed against Plaintiff Nicholas P. pertaining to the Gas City incident of March 7, 2007, Plaintiff Nicholas P. agreed to participate in a program of supervision pursuant to California Welfare and Institutions Code § 654 for a period of 6 months starting February 25, 2008.. On August 25, 2008, the juvenile court ruled that Nicholas had successfully completed the program of supervision as required.

4) As a result of the Juvenile Petition filed against Plaintiff Michael H. pertaining to the Gas City incident of March 7, 2007, Plaintiff Michael H. agreed to participate in a program of supervision pursuant to California Welfare and Institutions Code § 654 for a period of 6

1 months starting April 9, 2009.  On October 20, 2009, the juvenile court ruled that Michael had
2 successfully completed the program of supervision as required.

3      5)      The program that Plaintiffs Michael and Nicholas participated in pursuant to
4 Welfare and Institutions Code § 654 is one where the juvenile is given an opportunity to
5 demonstrate through good behavior that he or she should not be made a ward of the juvenile
6 court.

7      6)      In agreeing to participate in the program of supervision, Plaintiffs were not
8 required by law, and did not in fact admit to any wrongdoing in connection with the Gas City
9 incident.  Further, the juvenile court did not make any finding of wrongdoing against Plaintiffs
10 Michael or Nicholas.

11      7)      Plaintiffs retained all rights they had prior to participating in the program of
12 supervision, including the right to take the matter to a contested hearing at any time to disprove
13 the allegations against them.  And, Plaintiffs would have had this right even if they had not
14 successfully completed the program of supervision.

15      8)      Because both Plaintiffs successfully completed the program of supervision, the
16 juvenile petitions against them were dismissed with prejudice by the juvenile court.  The
17 dismissals are deemed final and binding for all purposes.

18      9)      The parties stipulate to the admissibility of the two Juvenile Petitions filed
19 against Plaintiffs Nicholas and Michael.

20 **IT IS SO STIPULATED**.

22 DATED:  November 2, 2009        By:   /s/ Jivaka Candappa

JIVAKA CANDAPPA
Attorney for Plaintiffs, DEARMAND E.,
MICHAEL H., and NICHOLAS P.

25 / . / . /
26 / . / . /
27 / . / . /
28 / . / . /

1  DATED: November 2, 2009        JUSTICE FIRST LLP
2                                  By:   /s/ Jenny Huang

3                                  _____
                                    JENNY HUANG
4                                   Attorneys for Plaintiffs, DEARMAND E.,
                                    MICHAEL H., and NICHOLAS P.
5
6  DATED: November 2, 2009        MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                                   PFALZER, BORGES, & BROTHERS LLP
7                                  By:   /s/ James Fitzgerald

8                                  _____
                                    JAMES V. FITZGERALD, III
9                                   NOAH G. BLECHMAN
                                    Attorneys for Defendants
10                                  CITY OF ANTIOCH, ANTIOCH POLICE
                                    DEPARTMENT, JAMES HYDE, OFFICER JAMES
11                                  VINCENT, OFFICER LEROY BLOXSOM,
                                    OFFICER PFEIFFER, OFFICER M. ZEPEDA,
12                                  SERGEANT KEVIN ROGERS, and OFFICER R.
                                    SOLARI
13

14      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15  DATED: _____

16

17
                                    _____
18                                  HON. SUSAN ILLSTON
19                                  United States District Court Judge

---

*DeArmand E. v. City of Antioch et. al.*        - 4 -        CASE NO. C 08-01709 SI
                                                              STIP & ORDER NO. 3 RE JUVENILE
                                                              PETITION