Jivaka Candappa (SBN 225919)
LAW OFFICE OF JIVAKA CANDAPPA
46 Shattuck Square, Suite 15
Berkeley, California  94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiffs DEARMAND E.,
MICHAEL H., and NICHOLAS P.

Jenny C. Huang (SBN 223596)
JUSTICE FIRST, LLP
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711

Attorneys for Plaintiffs DEARMAND E.,
MICHAEL H., and NICHOLAS P.

James V. Fitzgerald, III (SBN 55632)
Noah G. Blechman (SBN 197167)
THE MCNAMARA LAW FIRM
1211 Newell Avenue
Walnut Creek, California  94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE
DEPARTMENT, JAMES HYDE, OFFICER
JAMES VINCENT, OFFICER LEROY
BLOXSOM, OFFICER PFEIFFER, OFFICER
M. ZEPEDA, SERGEANT KEVIN ROGERS,
and OFFICER R. SOLARI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DEARMAND E., a minor, by and through
DEARMAND ELLIS, JR., his father/legal
guardian; MICHAEL H., a minor, by and through
ONITA TUGGLES, his mother/legal guardian;
and NICHOLAS P., a minor, by and through
BETTINA LAWRENCE, his mother/legal
guardian,

    Plaintiffs,

    vs.

CITY OF ANTIOCH, ANTIOCH POLICE
DEPARTMENT, JAMES HYDE, Chief of
Police, Antioch Police Department, in his

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C08-01709 SI

**STIPULATION AND ORDER NO. 4:
RECEIPT OF FEDERAL AND STATE
FUNDING BY DEFENDANT CITY OF
ANTIOCH FOR PROVISION OF LAW
ENFORCEMENT SERVICES**

TRIAL DATE:  November 16, 2009
JUDGE:  Hon. Susan Illston

1  individual and official capacities; OFFICER        )
   JAMES VINCENT (#3747), OFFICER LEROY              )
2  BLOXSOM (#2083), OFFICER PFEIFFER                 )
   (#3707), OFFICER M. ZEPEDA (#4137),               )
3                                                     )
   SERGEANT KEVIN ROGERS (#2464),                    )
4  OFFICER R. SOLARI (#2372), in their               )
   individual and official capacities;               )
5                                                     )
            Defendants.                               )
6                                                     )
                                                      )
7  _____        )

8          All parties, by and through their respective counsel, hereby stipulate that:

9          1)      Defendant City of Antioch receives federal and state funding for the provision of

10  law enforcement services, and did receive such monies in 2006, 2007, and thereafter.

11         2)      This state and federal law enforcement funding is contingent upon the City of

12  Antioch refraining from engaging in race discrimination in the provision of law enforcement

13  services.

14         **IT IS SO STIPULATED.**

15                                          LAW OFFICE OF JIVAKA CANDAPPA

16  DATED:  November 2, 2009            By:    /s/ Jivaka Candappa

17                                          _____
                                            JIVAKA CANDAPPA
18                                          Attorney for Plaintiffs, DEARMAND E.,
                                            MICHAEL H., and NICHOLAS P.
19

20  DATED: November 2, 2009              JUSTICE FIRST LLP

21                                          By:   /s/ Jenny Huang

22                                          _____
                                            JENNY HUANG
23                                          Attorneys for Plaintiffs, DEARMAND E.,
                                            MICHAEL H., and NICHOLAS P.
24  / . / . /

25  / . / . /

26  / . / . /

27  / . / . /

28  /. / . /

---

*DeArmand E. v. City of Antioch et. al.*               STIP & ORDER NO. 4 RE. FEDERAL & STATE
CASE NO. C 08-01709 SI          - 2 -          FUNDING RECEIVED BY CITY OF ANTIOCH

1

DATED: November 2, 2009          THE MCNAMARA LAW FIRM

2

By:   /s/ James Fitzgerald

3

_____

4

JAMES V. FITZGERALD, III
NOAH G. BLECHMAN

5

Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE

6

DEPARTMENT, JAMES HYDE, OFFICER JAMES
VINCENT, OFFICER LEROY BLOXSOM,

7

OFFICER PFEIFFER, OFFICER M. ZEPEDA,
SERGEANT KEVIN ROGERS, and OFFICER R.

8

SOLARI

9

10

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

DATED: _____

12

13

_____

14

HON. SUSAN ILLSTON
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28