1

Jivaka Candappa (SBN 225919)
LAW OFFICE OF JIVAKA CANDAPPA
46 Shattuck Square, Suite 15
Berkeley, California  94704
Telephone: (510) 981-1808
Facsimile: (510) 981-1817

Attorney for Plaintiffs DEARMAND E.,
MICHAEL H., and NICHOLAS P.

Jenny C. Huang (SBN 223596)
JUSTICE FIRST, LLP
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711

Attorneys for Plaintiffs DEARMAND E.,
MICHAEL H., and NICHOLAS P.

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

10

## NORTHERN DISTRICT OF CALIFORNIA

11

12

DEARMAND E., a minor, by and through
DEARMAND ELLIS, JR., his father/legal
guardian; MICHAEL H., a minor, by and through
ONITA TUGGLES, his mother/legal guardian;
and NICHOLAS P., a minor, by and through
BETTINA LAWRENCE, his mother/legal
guardian,

Plaintiffs,

vs.

CITY OF ANTIOCH, ANTIOCH POLICE
DEPARTMENT, JAMES HYDE, Chief of
Police, Antioch Police Department, in his
individual and official capacities; OFFICER
JAMES VINCENT (#3747), OFFICER LEROY
BLOXSOM (#2083), OFFICER PFEIFFER
(#3707), OFFICER M. ZEPEDA (#4137),
SERGEANT KEVIN ROGERS (#2464),
OFFICER R. SOLARI (#2372), in their
individual and official capacities;

Defendants.

Case No.: C08-01709 SI

**[PROPOSED] ORDER AND
PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL OF
CERTAIN CLAIMS PURSUANT TO
STATE LAW**

TRIAL DATE:  November 16, 2009
JUDGE:  Hon. Susan Illston

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs hereby dismiss with prejudice the following causes of action in their First

2 Amended Complaint:

3        1.    Sixth Cause of Action, Cal. Govt. Code § 815.6.

4        2.    Eighth Cause of Action, Assault and Battery.

5        3.    Tenth Cause of Action, Cal. Civil Code § 52.1.

6        4.    Twelfth Cause of Action, Negligence and Negligence Per Se.

7        5.    Thirteenth Cause of Action, Abuse of Process.

8        6.    Fourteenth Cause of Action, Malicious Prosecution.

9        7.    Sixteenth Cause of Action, Cal. Govt. Code § 11135.

10 DATED:  November 6, 2009        LAW OFFICE OF JIVAKA CANDAPPA
                                   By:   /s/ Jivaka Candappa
11
                                   _____
12                                 JIVAKA CANDAPPA
                                   Attorney for Plaintiffs, DEARMAND E.,
13                                 MICHAEL H., and NICHOLAS P.

14 DATED:  November 6, 2009        JUSTICE FIRST LLP
                                   By:   /s/ Jenny Huang
15
                                   _____
16                                 JENNY HUANG
                                   Attorney for Plaintiffs, DEARMAND E.,
17                                 MICHAEL H., and NICHOLAS P.

18

19       **SO ORDERED.**

20

21 Dated: _____     _____
                                   HON. SUSAN ILLSTON, JUDGE
22                                 UNITED STATES DISTRICT COURT

23

24

25

26

27

28

---

*DeArmand E. v. City of Antioch et. al.*          - 2 -     [PROPOSED] ORDER AND NOTICE
CASE NO. C 08-01709 SI                                       OF DISMISSAL OF STATE LAW
                                                             CLAIMS