JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT;
JAMES HYDE; OFFICER JAMES VINCENT; OFFICER
LEROY BLOXSOM; OFFICER PFEIFFER; OFFICER M.
ZEPEDA; SERGEANT KEVIN ROGERS; OFFICER R.
SOLARI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEARMAND E., a minor, by and through DEARMAND ELLIS, JR., his father/legal guardian; MICHAEL H., a minor, by and through ONITA TUGGLES, his mother/legal guardian; and NICHOLAS P., a minor, by and through BETTINA LAWRENCE, his mother/legal guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE, Chief of Police, Antioch Police Department, in his individual and official capacities; OFFICER JAMES VINCENT (#3747); OFFICER LEROY BLOXSOM (#2083); OFFICER PFEIFFER (#3707); OFFICER M. ZEPEDA (#4137); SERGEANT KEVIN ROGERS (#2464); OFFICER R. SOLARI (#2372), in their individual and official capacities;<br><br>Defendants. | Case No. C08-01709 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record that pursuant to Federal Rule of Civil Procedure

41(a)(1), Plaintiffs hereby dismiss the entire action against the City of Antioch, the Antioch Police Department, and the named individual City of Antioch Defendants, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: January 25, 2010  McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ Noah Blechman
_____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH; ANTIOCH POLICE DEPARTMENT; JAMES HYDE; OFFICER JAMES VINCENT; OFFICER LEROY BLOXSOM; OFFICER PFEIFFER; OFFICER M. ZEPEDA; SERGEANT KEVIN ROGERS; OFFICER R. SOLARI

Dated: January 25, 2010  By: /s/ Jivaka Candappa
_____
JIVAKA CANDAPPA, ESQ.
Attorney for Plaintiffs
DEARMAND E., MICHAEL H., and NICHOLAS P.

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: _____, 2010

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330